**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ronald Joseph Wolfe Sr            CHAPTER 13
       Cindi Mildred Wolfe

          Debtor(s)                      BKY. NO. 24-12293 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Denise Carlon*
                                           PA Eastern BK
                                           09 Jul 2024, 11:51:51, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322