# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE **Ronald J. Wolfe Jr. and Cindi M. Wolfe**<br>Debtors | **:**<br>**:** | **CHAPTER 13**<br>BANKRUPTCY   NO. **24-12293-pmms** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR CARRIAGE RUN PHASE 4 HOMEOWNERS' ASSOCIATION

The undersigned hereby enters his appearance for Carriage Run Phase 4 Homeowners' Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings or notices of any kind, be sent to the undersigned.

Date: September 09, 2024

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

_/s/ Stefan Richter_
Stefan Richter, Esquire
Attorney for Carriage Run Phase 4
Homeowners' Association