UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RONALD JOSEPH WOLFE, SR<br>    CINDI MILDRED WOLFE<br><br>    Debtors | Chapter 13<br>Bankruptcy No.24-12293-PMM |

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 19th day of September, 2024, by first class mail upon those listed below:

RONALD JOSEPH WOLFE, SR
P.O. BOX 1356
SKIPPACK, PA  19474-1356

CINDI MILDRED WOLFE
P.O. BOX 1356
SKIPPACK, PA

**Electronically via CM/ECF System Only:**

ALBERT J SCARAFONE JR ESQUIRE

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee