# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re: Ronald Joseph Wolfe Sr  
Cindi Mildred Wolfe

Case # 24-12293

Claim # 16

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 16 dated September 10, 2024.

Dated: September 19, 2024

/s/ Angela Walmsley  
Lead Bankruptcy Specialist  
Midland Credit Management, Inc.  
PO Box 2037  
Warren, MI 48090  
Phone: 877-495-2902  
Fax: 866-818-1718  
Email: bankruptcydm@mcmcg.com