United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12293-pmm |
| Ronald Joseph Wolfe, Sr | Chapter 13 |
| Cindi Mildred Wolfe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |
| 14926904 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14903450 | | CAMCO, P.O. Box 11995, Newark, NJ 07101-4986 |
| 14924367 | + | Carriage Run Phase 4 Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14903462 | + | loanDepot.com, LLC, PO Box 3004, Monroe, WI 53566-8304 |
| 14903461 | + | loanDepot.com, LLC, 6531 Irvine Center Drive, Suite 100, Irvine, CA 92618-2145 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14903451 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Capital One, P O Box 31293, Salt Lake City, UT 84131-0293 |
| 14905148 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2024 00:08:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14903452 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2024 23:59:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14904291 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2024 23:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14922719 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14903453 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14903454 | + | Email/Text: mediamanagers@clientservices.com | Sep 24 2024 23:58:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14903455 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:07 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14908076 | | Email/Text: mrdiscen@discover.com | Sep 24 2024 23:58:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14903456 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 24 2024 23:59:00 | Fingerhut, PO Box 70792, Philadelphia, PA 19176-0792 |
| 14903457 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 25 2024 00:08:09 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14903458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:30 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 14915671 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14903459 | | ^ MEBN | Sep 24 2024 23:54:28 | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14903463 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14903464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:29 | LVNV Funding LLC, c/o Resurgent Capital Services LP, PO Box 1269, Greenville, SC 29602-1269 |
| 14908513 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14903460 | | ^ MEBN | Sep 24 2024 23:54:37 | Loandepot.Com LLC, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 14908548 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2024 00:08:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14903465 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Credit Management, P.O. Box 2004, Warren, MI 48090-2004 |
| 14923425 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14913502 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14903466 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:08 | Sync/QVC, PO Box 71740, Philadelphia, PA 19176-1740 |
| 14903467 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:19:18 | Syncbppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14903468 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:48 | The Home Depot / CBNA, 5800 Corporate Place, Sioux Falls, SD 57108-5027 |
| 14905047 | | ^ MEBN | Sep 24 2024 23:54:29 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14922599 | + | Email/Text: bknotification@loandepot.com | Sep 24 2024 23:58:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14908514 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 24, 2024 | Form ID: 155 | Total Noticed: 33
Date: Sep 26, 2024 | Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Joseph Wolfe Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| STEFAN RICHTER | on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Ronald Joseph Wolfe Sr

   Cindi Mildred Wolfe

   Debtor(s).

Case No. 24−12293−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 24, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court