## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><u>Debtor(s)</u> | CHAPTER 13 |
| loanDepot.com, LLC<br><u>Moving Party</u><br>vs. | NO. 24-12293 PMM |
| Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Kenneth E. West<br><u>Trustee</u> | |

### ORDER

AND NOW, this  13th  day of  January 2025 , ~~202~~4 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge