United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald Joseph Wolfe, Sr  
Cindi Mildred Wolfe  
    Debtors

Case No. 24-12293-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1  
Date Rcvd: Jan 13, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Joseph Wolfe  Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| STEFAN RICHTER | on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><div align="center">Debtor(s)</div> | CHAPTER 13 |
| loanDepot.com, LLC<br><div align="center">Moving Party</div><br>vs. | NO. 24-12293 PMM |
| Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><div align="center">Debtor(s)</div> | 11 U.S.C. Section 362 |
| Kenneth E. West<br><div align="center">Trustee</div> | |

**ORDER**

AND NOW, this 13th day of January 2025, ~~2024~~ at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge