UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Ronald Joseph Wolfe, Sr. | : | No. 24-12293 PMM |
|  | : |  |
|  | : |  |
| Debtor | : | Chapter 13 |

### PRAECIPE TO CORRECT DOCKET ENTRY 34

To the Clerk:

Kindly amend the docket text for Docket Entry #34 to reflect **"First Motion to Modify Plan – Second Amended Plan"** in place of the incorrect entry, which currently states **"Fifth Motion to Modify Plan."**

This correction is requested to accurately reflect the intended filing.

/s/ Albert J. Scarafone
Albert J. Scarafone
Hill, Friedland & Scarafone
Attorney for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372