UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Ronald Joseph Wolfe Sr | ) | Chapter 13 |
| and | ) | 24-12293 PMM |
| Cindi Mildred Wolfe | ) | |

## CERTIFICATION OF NO RESPONSE

I, Albert J. Scarafone, Esquire, counsel for Debtors, hereby certify that as of February 17, 2025, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Modify Plan After Confirmation..

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000