## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Ronald Joseph Wolfe Sr | ) | Chapter 13 |
| and | ) | 24-12293 PMM |
| Cindi Mildred Wolfe | ) | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # <u>34</u>, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # <u>32</u>) is **approved**.

Date: __2/18/25

_____
PATRICIA M. MAYER
**U.S. BANKRUPTCY JUDGE**