United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-12293-pmm
Ronald Joseph Wolfe, Sr  Chapter 13
Cindi Mildred Wolfe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 1
Date Rcvd: Feb 19, 2025    Form ID: pdf900    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Joseph Wolfe Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| STEFAN RICHTER | on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

    Ronald Joseph Wolfe Sr    )  Chapter 13
               and            )  24-12293 PMM
    Cindi Mildred Wolfe      )

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # <u>34</u>, the "Motion");

It is hereby **ordered** that

    1)    The Motion is **granted**; and

    2)    The Modified Plan (doc. # <u>32</u>) is **approved**.

Date: __2/18/25

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
**U.S. BANKRUPTCY JUDGE**