**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Ronald Joseph Wolfe Sr | ) | Chapter 13 |
| and | ) | |
| Cindi Mildred Wolfe | ) | 24-12293 PMM |

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in the favor of the Applicant in the amount of **$1,500.00**.

BY THE COURT:

*/s/ Patricia M. Mayer/*
_____
PATRICIA M. MAYER
**U.S. BANKRUPTCY COURT**

**Date: March 14, 2025**