*Form 167* (1/25)–doc 49 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ronald Joseph Wolfe Sr ) | Case No. 24–12293–pmm |
| ) | |
| ) | |
|    Cindi Mildred Wolfe ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor LOANDEPOT.COM, LLC Filed by Cindi Mildred Wolfe, Ronald Joseph Wolfe Sr

on: 6/4/25

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107


Date: May 19, 2025

For The Court

Timothy B. McGrath
Clerk of Court