United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12293-pmm |
| Ronald Joseph Wolfe, Sr | Chapter 13 |
| Cindi Mildred Wolfe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2025 | Form ID: 167 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |
| NONE | + | Carriage Run Phase 4 Homeowners Association, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901, UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | May 20 2025 00:28:31 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: 167 | Total Noticed: 3 |

ALBERT J. SCARAFONE, JR.
    on behalf of Debtor Ronald Joseph Wolfe Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor LOANDEPOT.COM LLC ekishbaugh@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

STEFAN RICHTER
    on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 167* (1/25)–doc 49 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Ronald Joseph Wolfe Sr ) | Case No. 24–12293–pmm |
| ) | |
| ) | |
|   Cindi Mildred Wolfe ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor LOANDEPOT.COM, LLC Filed by Cindi Mildred Wolfe, Ronald Joseph Wolfe Sr

on: 6/4/25

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: May 19, 2025

For The Court

Timothy B. McGrath
Clerk of Court