# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
IN RE **Ronald J. Wolfe Jr. and**  :   CHAPTER 13
     **Cindi M. Wolfe**           :   BANKRUPTCY NO. **24-12293-pmm**
       Debtors
_____ :

## STIPULATION

Pursuant to the Motion for Relief from the Automatic Stay filed by Carriage Run Phase 4 Homeowners' Association, Movant and Debtors, Ronald J. Wolfe Jr. & Cindi M. Wolfe, hereby stipulate and agree as follows:

1. Debtors agree that the pre-petition assessment delinquency totals the amount shown in Movant's Proof of Claim, to be paid in full through the Chapter 13 Plan.

2. Debtors agree that the post-petition assessment delinquency, including attorneys' fees, through September 19, 2025, totals $3,427.25.

3. The parties hereby agree that the automatic stay under 11 U.S.C. 362(a) shall remain in full force and effect provided that Debtors make payment to Carriage Run Phase 4 Homeowners' Association as follows: All pre-petition assessments shall be paid in full pursuant to the Chapter 13 Plan. Payment in full of the post-petition delinquency is to be made in $350.00 monthly installments beginning October 1, 2025. In addition to the $350.00 payment toward the post-petition delinquency, Debtors shall make timely payment of all post-petition regular assessments and charges as they become due. Payments which are not received timely will be subject to late charges.

4. Should Debtors fail to make timely payments as provided herein, Carriage Run Phase 4 Homeowners' Association agrees to give to Debtors ten (10) days' written notice of default, mailed first class mail, postage prepaid, to Debtors and counsel for Debtors.

5. Should Debtors fail to make any of the payments as aforesaid within ten (10) days of the date of the written notice of default, Carriage Run Phase 4 Homeowners' Association may file a Certification of Default with the Bankruptcy Court, and an Order shall be entered without further notice or court appearance, granting Carriage Run Phase 4 Homeowners' Association Relief from the Automatic Stay as requested in its Motion.

6. Conversion of the instant case into a Chapter 7 shall constitute default hereunder, and entitle Carriage Run Phase 4 Homeowners' Association to send a notice

of default pursuant to paragraphs 4 and 5 hereof, and if not cured, obtain Relief from the Automatic Stay.

Clemons Richter & Reiss, P.C.

*/s/ Stefan Richter*

_____
Stefan Richter, Esquire
Attorney for Movant

*/s/ Albert Scarfone*

_____
Albert J. Scarfone, Jr., Esquire
Attorney for Debtor


_____
Consent of Trustee


**APPROVED AND MADE AN ORDER OF COURT THIS _____ DAY OF _____ 2025.**

BY THE COURT

_____
Patricia M. Mayer , Bankruptcy Judge