# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE **Ronald J. Wolfe Jr. and** | : | **CHAPTER 13** |
| **Cindi M. Wolfe** | : | BANKRUPTCY NO. **24-12293-pmm** |
| Debtors | : | |
| | : | |

### ORDER APPROVING STIPULATION

The stipulation entered into by and between Carriage Run Phase 4 Homeowners' Association and Debtors, Ronald J. Wolfe Jr. & Cindi M. Wolfe, filed on October 16, 2025, is hereby **APPROVED AND MADE AN ORDER OF COURT** this ____ day of _____ 2025.

**BY THE COURT**

_____
Patricia M. Mayer , Bankruptcy Judge