United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12293-pmm |
| Ronald Joseph Wolfe, Sr | Chapter 13 |
| Cindi Mildred Wolfe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |
| NONE | + | Carriage Run Phase 4 Homeowners Association, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901, UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 21 2025 00:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2025 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2025 00:41:54 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025            Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 20, 2025 | Form ID: pdf900 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Joseph Wolfe Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LOANDEPOT.COM LLC ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEFAN RICHTER | on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Ronald J. Wolfe Jr. and** | **CHAPTER 13** |
| **Cindi M. Wolfe**    : | BANKRUPTCY NO. **24-12293-pmm** |
| Debtors | |
| _____    : | |

## STIPULATION

Pursuant to the Motion for Relief from the Automatic Stay filed by Carriage Run Phase 4 Homeowners' Association, Movant and Debtors, Ronald J. Wolfe Jr. & Cindi M. Wolfe, hereby stipulate and agree as follows:

1. Debtors agree that the pre-petition assessment delinquency totals the amount shown in Movant's Proof of Claim, to be paid in full through the Chapter 13 Plan.

2. Debtors agree that the post-petition assessment delinquency, including attorneys' fees, through September 19, 2025, totals $3,427.25.

3. The parties hereby agree that the automatic stay under 11 U.S.C. 362(a) shall remain in full force and effect provided that Debtors make payment to Carriage Run Phase 4 Homeowners' Association as follows: All pre-petition assessments shall be paid in full pursuant to the Chapter 13 Plan. Payment in full of the post-petition delinquency is to be made in $350.00 monthly installments beginning October 1, 2025. In addition to the $350.00 payment toward the post-petition delinquency, Debtors shall make timely payment of all post-petition regular assessments and charges as they become due. Payments which are not received timely will be subject to late charges.

4. Should Debtors fail to make timely payments as provided herein, Carriage Run Phase 4 Homeowners' Association agrees to give to Debtors ten (10) days' written notice of default, mailed first class mail, postage prepaid, to Debtors and counsel for Debtors.

5. Should Debtors fail to make any of the payments as aforesaid within ten (10) days of the date of the written notice of default, Carriage Run Phase 4 Homeowners' Association may file a Certification of Default with the Bankruptcy Court, and an Order shall be entered without further notice or court appearance, granting Carriage Run Phase 4 Homeowners' Association Relief from the Automatic Stay as requested in its Motion.

6. Conversion of the instant case into a Chapter 7 shall constitute default hereunder, and entitle Carriage Run Phase 4 Homeowners' Association to send a notice

of default pursuant to paragraphs 4 and 5 hereof, and if not cured, obtain Relief from the Automatic Stay.

Clemons Richter & Reiss, P.C.

*[signature]*

_____
Stefan Richter, Esquire
Attorney for Movant

*/s/ Albert Scarfone*

_____
Albert J. Scarfone, Jr., Esquire
Attorney for Debtor

 */s/ Jack K. Miller, Esquire   for*
_____
Consent of Trustee
Kenneth E. West, Chapter 13 Standing Trustee
*I have no objection to its terms, without prejudice to any of our rights and remedies*

**APPROVED AND MADE AN ORDER OF COURT THIS** __20th____ **DAY OF**
____October_____ **2025.**

**BY THE COURT**

*[signature]*

_____
Patricia M. Mayer , Bankruptcy Judge