## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><br>                   Debtors | CHAPTER 13 |
| loanDepot.com, LLC<br>                   Moving Party<br>  vs. | NO. 24-12293 PMM |
| Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br>                   Debtors | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                   Trustee | |

### **ORDER**

AND NOW, this <u>  31st  </u> day of <u>  October          </u>, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge