United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-12293-pmm
Ronald Joseph Wolfe, Sr                                                         Chapter 13
Cindi Mildred Wolfe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 31, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ronald Joseph Wolfe, Sr, Cindi Mildred Wolfe, P.O. Box 1356, Skippack, PA 19474-1356 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Joseph Wolfe Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Cindi Mildred Wolfe scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LOANDEPOT.COM LLC ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEFAN RICHTER | on behalf of Carriage Run Phase 4 Homeowners Association srichter@clemonslaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><u>Debtors</u> | CHAPTER 13 |
| loanDepot.com, LLC<br><u>Moving Party</u><br>vs. | NO. 24-12293 PMM |
| Ronald Joseph Wolfe, Sr<br>Cindi Mildred Wolfe<br><u>Debtors</u> | 11 U.S.C. Section 362 |
| Kenneth E. West<br><u>Trustee</u> | |

**ORDER**

AND NOW, this <u>31st</u> day of <u>October</u>, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
———————————————
Hon. Patricia M. Mayer
United States Bankruptcy Judge